UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

FLOYD HAMILTON

CIVIL ACTION NO. 1:12-cv-00671

VERSUS

JUDGE JAMES T. TRIMBLE, JR.
MAGISTRATE JUDGE JAMES D. KIRK

COMMONWEALTH OF VIRGINIA

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Hamilton's case is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the motions for service upon: the Commonwealth of Virginia/Governor McDonnell (Doc. 9), Attorney General Kenneth Cuccinelli II (Doc. 10) and Dr. William A. Hazel, Jr. (Doc. 11) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 4th day of September, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE